IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


ROBERT ARNOLD,                                    1:07-CV-00687 OWW NEW (DLB) P

                Plaintiff,

        vs.                                       ORDER TO SUBMIT APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
W.J. SULLIVAN, et al.,                            **OR** FILING FEE


                Defendants.
_____/

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

§ 1983.  Plaintiff has not paid the $350.00 filing fee.  On May 7, 2007, plaintiff submitted a certified

copy of his prison trust account statement.  However, plaintiff has not submitted an application to

proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

pauperis.

        2.  Within thirty days of the date of service of this order, plaintiff shall submit a

completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for

this action.  Plaintiff is not required to resubmit a certified copy of his trust account statement.  Failure

to comply with this order will result in a recommendation that this action be dismissed.

        IT IS SO ORDERED.

        **Dated:   May 21, 2007**                    _____ **/s/ Dennis L. Beck** _____
                                                  UNITED STATES MAGISTRATE JUDGE