IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ARNOLD, | 1:07-CV-0687 OWW NEW (DLB) (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| W. J. SULLIVAN, et al., | |
| | (DOCUMENT #6) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1

1  income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by
2  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
3  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
4      In accordance with the above, IT IS HEREBY ORDERED that:
5          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
6          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee
7  shall be collected and paid in accordance with this court's order to the Director of the California
8  Department of Corrections filed concurrently herewith.
9      IT IS SO ORDERED.
10      Dated:   **June 25, 2007**            /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

2