# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ARNOLD, | 1:07-cv-00687-GSA-PC |
| Plaintiff, | ORDER DISMISSING THIS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| W. J. SULLIVAN, et al., | (Doc. 1.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Robert Lee Arnold ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 7, 2007. (Doc. 1.) On May 24, 2007, plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 5.) On March 10, 2009, this action was reassigned to the undersigned for all further proceedings, pursuant to 28 U.S.C. § 636(c). (Doc. 12.)

On January 29, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.11.) To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

---

[1] On February 10, 2009, the United States Postal Service returned the court's order as undeliverable, with a notation "Unable to ID as Addressed." On February 12, 2009, the court re-served the order on Plaintiff at the California Correctional Institution in Tehachapi, California, which is Plaintiff's last-known address. On February 25, 2009, the order was again returned by the United States Postal Service, with a notation "Inmate No Longer at California Correctional Institution." Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and
2. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **March 11, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE